Pro Se 14 (INND Rev. 2/20)



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Jimmy M. Isbell__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Dr. Khan et al.__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:24-cv-119__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Dr. Khan | c/o Franciscan Health 3500 Franciscan Way Michigan City, IN 46360 |
| 2 | [Put the names of any other defendants in these boxes.] Franciscan Health ICU (Monell Claim) | 3500 Franciscan Way Michigan City, IN 46360 |
| 3 | Defendant(s), unknown | 3500 Franciscan Way Michigan City, IN 46360 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2 (+/-) as known__

2. What is the name and address of your prison or jail? __150-201 Woodlawn Ave, Michigan City, IN 46360 (DOC # 229232)__

3. Did the event you are suing about happen there? ◯ Yes. ● No, it happened at: __The Franciscan Health/Hospital (Address above.)__

4. On what date did this event occur? __September 12, 2023.__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On September 12, 2023, I was admitted to FRANCISCAN Health Svcs from The Indiana State Prison to undergo a subsequent surgery to my right hip, as I suffer from a condition defined medically as "Hip Dysplasia". This condition hinders me from doing many normal daily activities and diminishes my quality of life significantly.

2. Previously, I had undergone surgery for This condition on my left hip and afterwards had no post-operative complications on March 28, 2023 (The date of The 1st surgery).

3. On September 12, 2023, during The pre-operative stage for The 2nd surgery (I would like to call to This Court's attention The following

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Facts; It must be noted that the attending Surgeon Dr. HARTSON M.D.' report said that; "The patient was brought to the operating room (OR) with vital signs stable and vascular status intact." Continued; during the pre-operative stage, the anesthesiologist Dr. KHAN and the surgical team (names unknown) inserted/affixed (a) thorax tube way too far down my throat and during the surgery I (Plaintiff) went into "respiratory arrest" (i.e. coded) twice, due to the stress of the tube insertion being placed too far down into my left lung. This caused me to have breathing complications which in turn caused the "coding". It is to be noted * that in relation to both surgeries, I had two (2) different anesthesiologist(s), and two (2) distinctive outcomes. Dr. KHAN during the "coding" was witnessed by staff as in a state of "seizing up" or "panicked", and seemingly was trying to extricate himself from

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

— The scene. Language used was: "He went into respiratory arrest. We (the surgical team) went ahead and stopped our part of the case, covered the wound and worked with anesthesia to recover his respiratory function. We were then told that he appeared to be stable. They felt it was due to his "hypotension" and we could begin our case. At this point, I went ahead and dislocated the hip and removed all trials. Again, right at this point the patient went into respiratory arrest........ All attention was then directed to the code. I assisted DR. KHAN with placement of a triple lumen. —

3a.

— He then went on to place an art line." (Report dictated by JAMES C. HARTSON M.D.)

4. Following the 2nd respiratory arrest. Surgery was stopped immediately. I (Plaintiff) was then taken to have a ("Cat") (Computing Tomography; "CT-Scan" done, as the medical term is defined.) This scan revealed that "in fact" my left lung had completely collapsed, This due to the Thorax tube — (inserted by DR. KHAN) being inserted too far down my airway. (Deliberate Indifference.) I was then transferred to the Intensive Care Unit for further observation.

3b.

5. I (<u>The Plaintiff</u>) assert that due to the actions as witnessed by staff members responsible for transport (<u>Names listed as; Sergeant Nelson and Officer Tibbs</u> (Indiana Dep't of Corrections employees) along with the member(s) of the surgical team, that I have suffered a traumatic injury resulting in serious bodily injury / or possibly death, attributable to primarily Anesthesiologist <u>Dr. Khan</u> (first name unknown) and <u>others unknown</u>, due to non-disclosure.

3c.

6. Due to the deliberate indifference of <u>DR. KHAN</u> and <u>OTHERS UNKNOWN, due to non-disclosure</u>. Dr. Hartson M.D. stated in his report;

" I cannot be sure that the hip is stable. I cannot be sure that the limb lengths are equal. The patient may need further surgery in the future."

I am now suffering unduly from additional pain along with further trauma relating to additional surgeries being necessary; where had <u>DR. KHAN (who had a duty to cause no harm, and to work to preserve life)</u> <u>not caused the injury deliberately</u>,

3d.

— Then failed utterly to correct it, noted by the two (2) "coding" incident(s) where staff witnesses seen DR. KHAN attempting to "leave" without taking responsibility for the injury caused by him to the Plaintiff ISBELL.

M. Plaintiff asserts that an examination of DR. KHAN'S "Cirriculum Vitae" would show other incidents relevant to the Plaintiff's injuries involving "prisoners". DR. KHAN and PARTIES UNKNOWN are liable to Plaintiff under 42 USC § 1983 (CRIPA) for damages done to him with deliberate indifference and malice/ill-will (An "evil intent" to cover up their actions.) (See) 'Monell' @ 1978 U.S. LEXIS 100.

3e.

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ● No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   For damages; $1,062,500.00 against DR. ILHAN compensatory plus $185,500 punitive,
   For damages; $1,062,500.00 against FRANCISCAN HEALTH/SVC comp. plus $185,500 punitive. TOTAL: $2,500,000.00  1.

   __JI__ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   __JI__ I will keep a copy of this complaint for my records.
   __JI__ I will promptly notify the court of any change of address.
   __JI__ I WILL NOT send more than one copy of any filing to the court.
   __JI__ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   __JI__ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 01/31/2024 at 12:00 am/**pm**.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____          229232
   Signature — JIMMY ISBELL                Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

   1. Damages may be subject to increase should unknown parts become known.